# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ERIC CENTA, | ) | CASE NO. 5:25-cv-1947 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| PORTAGE COUNTY, OHIO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

On September 19, 2025, the Court conducted a telephonic status conference (Minutes of Proceedings [non-document], Sept. 19, 2025) regarding plaintiff Eric Centa's ("Centa") pending motion for temporary restraining order and preliminary injunction. (Doc. No. 3 (Motion).) The parties advised the Court that they would confer and attempt to reach agreement on the pending motion in the following week. (Minutes of Proceedings [non-document], Sept. 19, 2025.) The parties later advised the Court that they were unable to reach agreement on the motion and requested a briefing schedule. The Court directed the parties to file a proposed briefing schedule for the motion. The parties have failed to file a proposed briefing schedule. Accordingly, the Court issues the following briefing schedule.

Defendants Portage County, Ohio and Portage County Sheriff's Office will have until November 6, 2025, to file a response to the motion. Centa will have until November 13, 2025, to file a reply. If the parties, since last contacting the Court, have reached agreement on the motion, they are directed to advise the Court of such agreement.

**IT IS SO ORDERED**.

Dated: October 23, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**